# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| JASON FELDT, individually and as guardian of S.F.; Vanessa Ramos, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | 2:17-cv-02940-JCM-VCF<br>**ORDER** |

Before the court is the Notice of Settlement of Entire Case (ECF No. 18).

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before January 2, 2019.

DATED this 15th day of November, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE